## STATEMENT OF FACTS

On or about April 17, 2019, members of the United States Park Police (USPP) executed a District of Columbia Superior Court search warrant, number 2019CSW2028, at the residence located at 3425 Croffut Place, S.E., Apartment #203, Washington, D.C.

An individual later identified as Jermaine Jackson (Defendant Jackson) was the sole occupant of the apartment. A search of the residence was conducted and yielded the following: a black in color Glock 23 loaded with one (1) round of .40 caliber ammunition in the chamber, a drum magazine loaded with twenty (20) rounds of .40 caliber ammunition, approximately 498.8 grams of marijuana, twenty-four (24) tablets of MDMA (ecstasy), approximately 123.1 grams of crack cocaine, a marijuana plant, three (3) additional handgun magazines, approximately fifty-seven (57) rounds of additional .40 ammunition, approximately fifteen (15) .45 caliber rounds of ammunition, one (1) round of .9 millimeter ammunition, and a total of $640.00 U.S. currency. Mail matter in Defendant Jackson's name with the listed address of the Target Residence was also found in the apartment. The majority of narcotics together with a wallet that contained the defendant's identification was recovered from a drawer in the kitchen. The defendant was placed under arrest. A portion of the crack cocaine field tested positive for cocaine base and a portion of the marijuana field tested positive for THC. The approximate weight of the narcotics recovered indicated that the drugs were going to be sold to others rather than used exclusively by the defendant.

The firearm recovered was a black in color Glock 23, .40 caliber semi-automatic pistol and loaded with one (1) round in the chamber and twenty (20) rounds in a "drum" magazine. To the best of the undersigned officer's knowledge, the defendant has previously been convicted of a crime punishable by imprisonment for a term exceeding one year. A criminal history check of the defendant through the National Crime Information Center confirmed that the defendant had a prior felony conviction in the Superior Court of the District of Columbia, Criminal Case No.1998-FEL-004780. Before filing this complaint, the officer reviewed at least one computer print-out of the defendant's criminal history and it showed that the defendant had been convicted of such crime. There are no firearm manufacturers in the District of Columbia.

_____
DETECTIVE WAYNE HUMBERSON
UNITED STATES PARK POLICE

SWORN AND SUBSCRIBED BEFORE ME ON THE \_\_\_\_\_ DAY OF APRIL, 2019.

_____
DEBORAH A. ROBINSON
U.S. MAGISTRATE JUDGE